1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant BARRERA-BARRAGAN,

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-09-01202 JF |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | ) | |
| JUAN BARRERA-BARRAGAN, | ) | |
| Defendant. | ) | |

**STIPULATION**

Defendant Juan Barrera-Barragan, by and through Assistant Federal Public Defender Nicholas Humy, and the United States, by and through Assistant United States Attorney Steven Seitz, hereby stipulate that, with the Court's approval, the status conference currently set for Wednesday, February 3, 2010 at 9:00 a.m., shall be continued to Thursday, February 25, 2010 at 9:00 a.m..

The reason for the requested is that an exclusion of time is warranted for effective defense preparation.

The parties agree that the time between February 3, 2010 and February 25, 2010, is

Stipulation and Proposed Order
No. CR-09-01202 JF                                           1

excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(3) and (4), to allow for effective defense preparation and for continuity of defense counsel.

IT IS SO STIPULATED.

Dated: February 2, 2010

_____/s/_____
NICHOLAS P. HUMY
Assistant Federal Public Defender

Dated: February 2, 2010

_____/s/_____
STEVEN SEITZ
Assistant United States Attorney

### [PROPOSED] ORDER

_____GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing date shall be continued from February 3, 2010, at 9:00 a.m to February 25, 2010 at 9:00 a.m..

THE COURT FINDS that exclusion of the time between February 3, 2010 and February 25, 2010, is appropriate for effective defense preparation and for continuity of defense counsel.

THEREFORE, IT IS HEREBY ORDERED that the time between February 3, 2010 and February 25, 2010, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(3) and (4).

IT IS SO ORDERED.

Dated: 2/11/10

_____
The Honorable Jeremy Fogel
United States District Court